# (Exhibit-A)

21 questions by 50 Cent

Saturday By Ludacris

This is my party by Fabolous

Cuttin it by Pastor Troy

Gangsta shit by Lil Wayne

Cot damn by clipse

Stunt 101 by G-Unit

Wanna Get To Know You by G-Unit

Smile by G-Unit

I need a girl (part two) by Diddy

Back

HCA Healthcare®

# Let us send you a text to verify your phone

Enter your mobile phone number below:

(786) 383-8185

Standard message and data rates apply.

NOTE: A verified phone number helps us trust request is from a reliable source and allows us t with any questions and/or updates.

Send Verification Code

Skip

For issues or assistance please call 8444810278
ADA Assistance | Privacy Policy

Back

HCA Healthcare

How would you like us
to send your medical reco

eDelivery *Recommende*

Mail

Next

For issues or assistance please call 8444810278
ADA Assistance | Privacy Policy

**History of Present Illness**

Michael Scott is a 46 y.o. male a the past medical history of schizophrenia patient was brought to the ER after patient was Baker acted. Patient was apparently in the stool. Patient was extremely a the disruptive. Patient was the a Baker acted by the police and was brought to the ER. In the ER patient was stating that he wanted to kill a the prosecutor. The patient stated that he wanted to go to the court tomorrow in kill the judge.

The patient has got a past medical history of hypertension a depression diabetes mellitus, patient was supposed to be on amlodipine a the a the a the atorvastatin a the Farxiga fluoxetine a the metformin and Zyprexa

The patient was seen and evaluated by psychiatrist now been admitted with the patient's psych unit

**History**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Diabetes (HCC) | |
| • Hypertension | |
| • Psychosis (HCC) | |
| • Violence, history of | |

No past surgical history on file.

Allergies
No Known Allergies

Prescriptions Prior to Admission

**Medications Prior to Admission**

| Medication | Sig | Dispense | Refill | Last Dose/Taking |
|---|---|---|---|---|
| • amLODIPine (Norvasc) 2.5 MG tablet | Take 1 tablet by mouth Daily. | 90 tablet | 0 | |
| • atorvastatin (Lipitor) 20 MG tablet | Take 1 tablet by mouth Daily. | 30 tablet | 0 | |
| • Blood Glucose Monitoring Suppl (FreeStyle Freedom Lite) kit | Use daily or as directed for monitoring of diabetes. | 1 each | 0 | |
| • dapagliflozin (Farxiga) 5 MG | Take 1 tablet by mouth in the | 30 tablet | 0 | |

**History of Present Illness**

Michael Scott is a 46 y.o. male a the past medical history of schizophrenia patient was brought to the ER after patient was Baker acted. Patient was apparently in the stool. Patient was extremely a the disruptive. Patient was the a Baker acted by the police and was brought to the ER. In the ER patient was stating that he wanted to kill a the prosecutor. The patient stated that he wanted to go to the court tomorrow in kill the judge.

The patient has got a past medical history of hypertension a depression diabetes mellitus, patient was supposed to be on amlodipine a the a the a the atorvastatin a the Farxiga fluoxetine a the metformin and Zyprexa

The patient was seen and evaluated by psychiatrist now been admitted with the patient's psych unit

**History**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Diabetes (HCC) | |
| • Hypertension | |
| • Psychosis (HCC) | |
| • Violence, history of | |

No past surgical history on file.

Allergies
No Known Allergies

Prescriptions Prior to Admission
**Medications Prior to Admission**

| Medication | Sig | Dispense | Refill | Last Dose/Taking |
|---|---|---|---|---|
| • amLODIPine (Norvasc) 2.5 MG tablet | Take 1 tablet by mouth Daily. | 90 tablet | 0 | |
| • atorvastatin (Lipitor) 20 MG tablet | Take 1 tablet by mouth Daily. | 30 tablet | 0 | |
| • Blood Glucose Monitoring Suppl (FreeStyle Freedom Lite) kit | Use daily or as directed for monitoring of diabetes. | 1 each | 0 | |
| • dapagliflozin (Farxiga) 5 MG | Take 1 tablet by mouth in the | 30 tablet | 0 | |

Henderson Behavioral Health

## HBH Psychiatric Evaluation

**Client:** (133882) Scott,Michael Liveal
**Practitioner:** (001564) Shoukat,Mansoor
**Episode:** 10 **Date:** 6/18/2026
**Start Time:** 11:30 AM **Duration:** 45
**Program:** (831) Centralized Receiving System
**Service:** (1100) Psychiatric Evaluation
**Completed Collaboratively:** Yes
**Status:** Final
**Electronic Signature:** MANSOOR SHOUKAT, APRN
**Submitted on:** 6/18/2026 at 12:15 PM

**Psychosexual Issues:** No

### Legal History

**Legal History:** Yes

**Comments**

Client reported that his first arrest occurred in 2001 for domestic violence involving his sister. He reported serving six months in ja after pushing a bus driver, 14 months for carrying a firearm, and nine years in prison for aggravated battery with a deadly weapor He was released in November 2023 and remained on probation until May 2025.

### Mental Status

**Orientation:** Fully Oriented

**Appearance:** Chronological Age, Overweight, Unkempt

**Attitude:** Cooperative, Good Eye Contact

**Mood:** Depressed

**Affect:** Blunted

**Speech:** Normal Speech

**Language:** English Speaking

**Cognitive Functioning:** Average

**Alertness:** Alert

**Memory:** Remote Memory Impairment

**Attention / Concentration:** Intact

**Can the client name three objects:** Yes

**Can the client complete Serial 7:** No

**Can the client spell WORLD backwards:** No

**Continuity of Thought:** Relevant, Goal Directed

**Thought Process:** Responds when Spoken To

**Thought Content:** Delusions

**Perceptual Distortion:** Visual Hallucinations, Auditory Hallucinations

**Insight / Awareness:** Adequate Insight

**Judgement:** Fair

### Summary

**Interpretive Summary**

47-year-old African American male, is presented for the psychiatric evaluation. "I am here to get medications." Client is oriented X4, presented with euthymic mood, appropriate appearance, congruent affect, and calm behavior. Client demonstrates clear

CONFIDENTIAL

Henderson Behavioral Health

# Client Appointment Report

**Client ID#:** 133882 **Patient Name:** SCOTT,MICHAEL LIVEAL

| Appointment Date | Appointment Start Time | Appointment End Time | Ep. # | Staff Name | Program Value | Status Value | Posted Code | Service Description | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/2026 | 10:30 AM | 10:50 AM | 11 | ONI,ROSELINE | Pre-Admit South | Scheduled | N | (772) Pre-Admit Office Visit | Phone Number: 754-234-1339/CRS TRANSFER FOR MED MGMT./OSCAR INS PER CL AND STAFF/M.S |
| 07/22/2026 | 10:50 AM | 10:55 AM | 11 | ONI,ROSELINE | Pre-Admit South | Scheduled | N | (723) Pre-Admit Treatment Plan | |
| 07/22/2026 | 10:00 AM | 10:30 AM | 11 | FRONT DESK,SOUTH | Pre-Admit South | Scheduled | N | (714) Documentation for Client | |
| 06/18/2026 | 11:30 AM | 12:15 PM | 10 | SHOUKAT,MANSOOR | Centralized Receiving System | Completed | N | (1100) Psychiatric Evaluation | |
| 06/18/2026 | 12:15 PM | 12:30 PM | 10 | SHOUKAT,MANSOOR | Centralized Receiving System | Completed | N | (106) Tx Plan MD/ARNP | |
| 06/09/2026 | 11:15 AM | 11:30 AM | 9 | SCHEDULING,CENTRALI | Pre-Admit Centralized Receivinc | Did Not Show | N | (888) Aftercare (951) DID NOT SHOW | BHMC HOSPITAL DC /954-394-7427/-DB |
| 01/02/2026 | 10:00 AM | 10:15 AM | 7 | SCHEDULING,CENTRALI | Pre-Admit Centralized Receivinc | Did Not Show | N | (888) Aftercare (951) DID NOT SHOW | HDC BROWARD HEALTH AFTERCARE,CDS |
| 07/24/2025 | 08:45 AM | 09:30 AM | 6 | JEBOSE CHINYE,NKECH | Pre-Admit North | Moved Appointment To | N | (770) Pre-Admit Psych Eval | 561-504-8726 client called to re sched psych eval appt missed on 5/14/24. Previous provider Marchand will be out few weeks, client need psych eval asap due to court issue. no insurance per client- eh |
| 07/24/2025 | 09:30 AM | 09:45 AM | 6 | JEBOSE CHINYE,NKECH | Pre-Admit North | Moved Appointment To | N | (723) Pre-Admit Treatment Plan | |
| 07/24/2025 | 08:15 AM | 08:45 AM | 6 | FRONT DESK,NORTH | Pre-Admit North | Did Not Show | N | (781) Psychiatric Eval Early Arrival Time | |
| 07/24/2025 | 08:45 AM | 09:15 AM | 6 | ST LOUIS,JENNIFER | Pre-Admit North | Did Not Show | N | (770) Pre-Admit Psych Eval | Phone Number: 954-299-8737/PSYCH EVAL/TELEHEALTH NORTH BRANCH |
| *Missed Visit Notes:Missed visit.* | | | | | | | | | |
| 07/24/2025 | 09:15 AM | 09:30 AM | 6 | ST LOUIS,JENNIFER | Pre-Admit North | Did Not Show | N | (723) Pre-Admit Treatment Plan | |
| *Missed Visit Notes:Missed visit.* | | | | | | | | | |
| 07/24/2025 | 09:00 AM | 09:30 AM | 6 | AGUILAR,JANET | Pre-Admit North | Scheduled | N | (770) Pre-Admit Psych Eval | 561-504-8726 client called to re sched psych eval appt missed on 5/14/24. Previous provider Marchand will be out few weeks, client need psych eval asap due to court issue. no insurance per client- eh |
| 07/24/2025 | 09:30 AM | 09:45 AM | 6 | AGUILAR,JANET | Pre-Admit North | Scheduled | N | (723) Pre-Admit Treatment Plan | |
| 05/14/2025 | 12:00 PM | 12:45 PM | 6 | JEBOSE CHINYE,NKECH | Pre-Admit North | Did Not Show | N | (770) Pre-Admit Psych Eval | NO INSURANCE / Phone Numbe 954-299-8737 / RE-ENGAGING IN SERVICES / RM |
| 05/14/2025 | 12:45 PM | 01:00 PM | 6 | JEBOSE CHINYE,NKECH | Pre-Admit North | Moved Appointment To | N | (723) Pre-Admit Treatment Plan | |

CONFIDENTIAL

Henderson Behavioral Health

## HBH Psychiatric Evaluation

**Client:** (133882) Scott,Michael Liveal | **Practitioner:** (001564) Shoukat,Mansoor
**Episode:** 10 | **Date:** 6/18/2026 | **Start Time:** 11:30 AM | **Duration:** 45
**Program:** (831) Centralized Receiving System | **Service:** (1100) Psychiatric Evaluation
**Completed Collaboratively:** Yes | **Status:** Final
**Electronic Signature:** MANSOOR SHOUKAT, APRN | **Submitted on:** 6/18/2026 at 12:15 PM

patient was also advised to avoid the use of any drugs such as cannabis, benzodiazepines, opioids, psychostimulants, hallucinogens and alcohol due to potential risk of developing seizures, delirium and other medical emergencies.
patient was advised about healthy sleeping habits, exercise and proper nutrition in necessary under the guidance of a provider giving these services.
f/u in 1 month
Client agreed with the plan

**Treatment Recommendations / Care Plan**

Medication Management, Case Management, HILL

**Treatment Recommendation / Care Plan Comments**

TREATMENT PLAN

The main goal of the treatment is to stabilize and reduce acute signs and symptoms, increase functioning, and assist the patient with integrating into community life.

RX:
continued same meds
Zyprexa 10 mg po hs
Prozac 20 mg po am
Referred to a case manager
Referred to hill program

provided reassurance
provided brief psychotherapy

patient was advised and educated about the treatment plan and role of medication in achieving the goals by controlling symptoms
patient is capable of giving express and informed consent about treatment.
adverse effects of medications were discussed: rash, mouth sores, lymphadenopathy, arrythmias, chest pain, agitation, facial edema, difficulty swallowing, agitation or seizures, weight gain, teratogenicity, suicidality, falls, sedation and drowsiness, among a few but not limited to these.
alternative treatments were discussed as well as the benefits vs risks of the medications chosen. the patient decided to take the medications prescribed in his/her best interest and within the best standard of care.
patient was advised to work on increasing interpersonal and coping skills, while in treatment at HBH and develop healthy nutritional habits and stay active in a tolerable form of exercise, when allowed and tolerated.
patient was educated about calling the mobile crisis team due to a mental/behavioral crisis, call 911 due to a medical emergency or go to the nearest hospital in case of an adverse reaction to the medications.
patient was also advised to avoid the use of any drugs such as cannabis, benzodiazepines, opioids, psychostimulants, hallucinogens and alcohol due to potential risk of developing seizures, delirium and other medical emergencies.
patient was advised about healthy sleeping habits, exercise and proper nutrition in necessary under the guidance of a provider giving these services.
f/u in 1 month
Client agreed with the plan

CONFIDENTIAL

Henderson Behavioral Health

# HBH Psychiatric Evaluation

**Client:** (133882) Scott,Michael Liveal
**Practitioner:** (001564) Shoukat,Mansoor
**Episode:** 10 **Date:** 6/18/2026
**Start Time:** 11:30 AM **Duration:** 45
**Program:** (831) Centralized Receiving System
**Service:** (1100) Psychiatric Evaluation
**Completed Collaboratively:** Yes
**Status:** Final
**Electronic Signature:** MANSOOR SHOUKAT, APRN
**Submitted on:** 6/18/2026 at 12:15 PM

speech, spontaneous thought process, adequate insight, and adequate judgment. Client does not appear to be responding to internal stimuli currently.
Client came for aftercare services following a Baker Act at Broward General Hospital three weeks ago. Client was Baker Acted du to psychotic symptoms and remained hospitalized for five days. Client is discharged with Prozac and Zyprexa
Client reported being diagnosed with schizophrenia in 2001. Client reported auditory and visual hallucinations, stating that he see raccoons and alligators passing by him. He denied currently hearing voices but reported hearing voices while incarcerated. Client reported delusional beliefs that his grandmother was murdered in 2015 and that he needs to obtain her autopsy because the polic are not assisting him. Client currently c/o feels overwhelmed due to having many tasks to complete, see things, feels paranoia.
Client presented well-kept and fully oriented. Client is euthymic with blunt affect. Client has fair sleep and appetite. Client has low energy level. Client denies having any S/I, H/I at present. Client denies having any hx self-harm. Client has hx having hallucinatio or paranoia.

Previous psychiatric medications/treatments: Client reported being diagnosed with schizophrenia in 2001.
Client is currently employed, living in streets/homeless
Client has h/o using alcohol, last use was 6 months ago

TREATMENT PLAN

The main goal of the treatment is to stabilize and reduce acute signs and symptoms, increase functioning, and assist the patient with integrating into community life.

RX:
continued same meds
Zyprexa 10 mg po hs
Prozac 20 mg po am
Referred to a case manager
Referred to hill program

provided reassurance
provided brief psychotherapy

patient was advised and educated about the treatment plan and role of medication in achieving the goals by controlling symptoms patient is capable of giving express and informed consent about treatment.
adverse effects of medications were discussed: rash, mouth sores, lymphadenopathy, arrythmias, chest pain, agitation, facial edema, difficulty swallowing, agitation or seizures, weight gain, teratogenicity, suicidality, falls, sedation and drowsiness, among a few but not limited to these.
alternative treatments were discussed as well as the benefits vs risks of the medications chosen. the patient decided to take the medications prescribed in his/her best interest and within the best standard of care.
patient was advised to work on increasing interpersonal and coping skills, while in treatment at HBH and develop healthy nutritional habits and stay active in a tolerable form of exercise, when allowed and tolerated.
patient was educated about calling the mobile crisis team due to a mental/behavioral crisis, call 911 due to a medical emergency or go to the nearest hospital in case of an adverse reaction to the medications.

CONFIDENTIAL

Henderson Behavioral Health

# HBH Psychiatric Evaluation

**Client:** (133882) Scott,Michael Liveal
**Practitioner:** (001564) Shoukat,Mansoor
**Episode:** 10 **Date:** 6/18/2026
**Start Time:** 11:30 AM **Duration:** 45
**Program:** (831) Centralized Receiving System
**Service:** (1100) Psychiatric Evaluation
**Completed Collaboratively:** Yes
**Status:** Final
**Electronic Signature:** MANSOOR SHOUKAT, APRN
**Submitted on:** 6/18/2026 at 12:15 PM

## General

**Form Type:** Outpatient Psychiatric Evaluation

**Is this client a child:** No

**Participants:** Client

**Chief Complaint**

"I am here to get medications."

**History of Presenting Illness or Update From Last Visit**

47-year-old African American male, is presented for the psychiatric evaluation. "I am here to get medications." Client is oriented X4, presented with euthymic mood, appropriate appearance, congruent affect, and calm behavior. Client demonstrates clear speech, spontaneous thought process, adequate insight, and adequate judgment. Client does not appear to be responding to internal stimuli currently.
Client came for aftercare services following a Baker Act at Broward General Hospital three weeks ago. Client was Baker Acted du to psychotic symptoms and remained hospitalized for five days. Client is discharged with Prozac and Zyprexa
Client reported being diagnosed with schizophrenia in 2001. Client reported auditory and visual hallucinations, stating that he see raccoons and alligators passing by him. He denied currently hearing voices but reported hearing voices while incarcerated. Client reported delusional beliefs that his grandmother was murdered in 2015 and that he needs to obtain her autopsy because the polic are not assisting him. Client currently c/o feels overwhelmed due to having many tasks to complete, see things, feels paranoia. Client presented well-kept and fully oriented. Client is euthymic with blunt affect. Client has fair sleep and appetite. Client has low energy level. Client denies having any S/I, H/I at present. Client denies having any hx self-harm. Client has hx having hallucinatio or paranoia.

Previous psychiatric medications/treatments: Client reported being diagnosed with schizophrenia in 2001.
Client is currently employed, living in streets/homeless
Client has h/o using alcohol, last use was 6 months ago

**Precipitating Factors**

homeless

**Past Psychiatric History:** Outpatient, Rehab/Residential, Inpatient

**History**

Past psych hx
client reports having diagnosed with schizophrenia in 2001.
Hx of hospitalization: few times
Hx of drug use: Client has h/o using alcohol and Marijuana, last use was
Hx of S/I /H/I: Client denies having any S/I, H/I at present, never attempted

**Total number of CSU / Psychiatric Unit admissions in the last 6 months:** 1

## Risk Factors

**Suicidal**

No Suicidal Ideation

CONFIDENTIAL

Henderson Behavioral Health

# Diagnosis Report

**Client Name:** SCOTT,MICHAEL LIVEAL **Client ID:** 133882

## Classification: *Axis I*

**Date of Diagnosis:** 6/12/2013 **Time of Diagnosis:** 02:00 PM **Type of Diagnosis:** Update
**Diagnosing Practitioner Electronic Signature:** "HERNAN PABON, MD"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|

**Date of Diagnosis:** 4/24/2013 **Time of Diagnosis:** 06:10 PM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "KAREN WILLIAMS, MA"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|

## Classification: *Axis II*

**Date of Diagnosis:** 4/24/2013 **Time of Diagnosis:** 06:10 PM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "KAREN WILLIAMS, MA"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|

## Classification: *Mental Health*

**Date of Diagnosis:** 6/3/2026 **Time of Diagnosis:** 11:28 AM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "KNEQUISHA O'CONNOR, APRN"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|
| Primary | (F20.0) Paranoid schizophrenia | Active | | | | 8 |

**Date of Diagnosis:** 11/2/2023 **Time of Diagnosis:** 02:00 PM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "MANSOOR SHOUKAT, APRN"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|
| Primary | (F25.9) Schizoaffective disorder, unspecified | Active | | | | 3 |
| Primary | (F20.9) Schizophrenia, unspecified | Active | | | | 10 |

**Date of Diagnosis:** 12/7/2023 **Time of Diagnosis:** 09:45 AM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "WILLIAM KRIEGER, LCSW"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|
| Primary | (F25.9) Schizoaffective disorder, unspecified | Active | 12/7/2023 | | | 5 |

**Date of Diagnosis:** 6/17/2026 **Time of Diagnosis:** 09:30 AM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "XIOMARA MENDOZA, LMHC"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|
| Primary | (F20.9) Schizophrenia, unspecified | Active | | | | 10 |

## Classification: *Substance Abuse*

**Date of Diagnosis:** 12/7/2023 **Time of Diagnosis:** 09:45 AM **Type of Diagnosis:** Admission
**Diagnosing Practitioner Electronic Signature:** "WILLIAM KRIEGER, LCSW"

| Ranking: | Description: | Status: | Estimated Onset: | Resolved Date: | Remarks: | Ep.# |
|---|---|---|---|---|---|---|
| Secondary | (F10.11) Alcohol abuse, in remission | Active | 12/7/2005 | | | 5 |

CONFIDENTIAL

Henderson Behavioral Health

# Outpatient Client Medications

(00133882) Scott,Michael Liveal **Date of Birth:** 1/13/1979 **Gender:** Male

## Current Medications

| Prescribed | Drug Name | Pharmacy | Prescriber | Refills | Event | | Dosage | End Date | Special Instructions | Output |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/2026 | ***PROzac*** | GENOA HEALTHCARE- Tamarac-2 | Shoukat, Mansoor | 0 | 06/18/26 | Active | *- 20 MG, Capsule, Oral (1 [one])Capsule Every Morning* | 07/17/2026 | | eRx |
| 06/18/2026 | ***ZyPREXA*** | GENOA HEALTHCARE- Tamarac-2 | Shoukat, Mansoor | 0 | 06/18/26 | Active | *- 10 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 07/17/2026 | | eRx |

## Medication History

| Prescribed | Drug Name | Pharmacy | Prescriber | Refills | Event | | Dosage | End Date | Special Instructions | Output |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/25/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 2 | 07/25/24 | System Disco | *- 20 MG, Capsule, Oral (1 [one])Capsule Every Morning* | 10/22/2024 | *IDP* | eRx |
| 07/25/2024 | ***OLANZapine*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 2 | 07/25/24 | System Disco | *- 15 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 10/22/2024 | | eRx |
| 04/25/2024 | ***busPIRone*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 04/25/24 | Discontinue | *- 10 MG, Tablet, Oral (1 [one])Tablet Three Times a Day* | 04/25/2024 | *IDP. No income. Monitor for serotonin syndrome.* | eRx |
| 04/25/2024 | ***OLANZapine*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 2 | 04/25/24 | Reorder | *- 15 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 07/23/2024 | | eRx |
| 04/25/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 2 | 04/25/24 | Reorder | *- 20 MG, Capsule, Oral (1 [one])Capsule Every Morning* | 07/23/2024 | *IDP* | eRx |
| 03/28/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE-FtLauderda | Marchand, Jean | 1 | 03/28/24 | Reorder | *- 20 MG, Capsule, Oral (1 [one])Capsule Every Morning* | 03/28/2024 | *Dosage change IDP* | eRx |
| 03/28/2024 | ***busPIRone*** | GENOA HEALTHCARE-FtLauderda | Marchand, Jean | 1 | 03/28/24 | Reorder | *- 10 MG, Tablet, Oral (1 [one])Tablet Three Times a Day* | 03/28/2024 | *IDP. No income. Monitor for serotonin syndrome.* | eRx |
| 03/28/2024 | ***OLANZapine*** | GENOA HEALTHCARE-FtLauderda | Marchand, Jean | 1 | 03/28/24 | Reorder | *- 15 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 03/28/2024 | *Dosage increase* | eRx |
| 03/28/2024 | ***OLANZapine*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 03/28/24 | Reorder | *- 15 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 04/25/2024 | *Dosage increase* | eRx |
| 03/28/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 03/28/24 | Reorder | *- 20 MG, Capsule, Oral (1 [one])Capsule Every Morning* | 04/25/2024 | *Dosage change IDP* | eRx |
| 02/14/2024 | ***ZyPREXA*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 02/14/24 | Discontinue | *- 5 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 02/14/2024 | *IDP. No income. No health insurance.* | eRx |
| 02/14/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE-FtLauderda | Marchand, Jean | 1 | 02/14/24 | Change | *- 20 MG, Capsule, Oral (2 [two])Capsule Every Morning* | 03/28/2024 | *Dosage change IDP* | eRx |
| 02/14/2024 | ***busPIRone*** | GENOA HEALTHCARE-FtLauderda | Marchand, Jean | 1 | 02/14/24 | Reorder | *- 10 MG, Tablet, Oral (1 [one])Tablet Three Times a Day* | 03/28/2024 | *IDP. No income. Monitor for serotonin syndrome.* | eRx |
| 02/14/2024 | ***OLANZapine*** | GENOA HEALTHCARE-FtLauderda | Marchand, Jean | 1 | 02/14/24 | Reorder | *- 15 MG, Tablet, Oral (1 [one])Tablet At Bedtime* | 03/28/2024 | *Dosage increase* | eRx |
| 02/14/2024 | ***ZyPREXA*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 02/14/24 | Discontinue | | | | |

CONFIDENTIAL

**Dosage**: *- 5 MG, Tablet, Oral (1 [one]) Tablet At Bedtime* **End Date:** 02/14/2024
**Special Instructions:** *IDP. No income. No health insurance.* **Output:** eRx

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/17/2024 | ***busPIRone*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 01/17/24 | Reorder |
| **Dosage**: *- 10 MG, Tablet, Oral (1 [one]) Tablet Three Times a Day* | | | | | **End Date:** 02/14/2024 | |
| **Special Instructions:** *IDP. No income. No health insurance.* | | | | | **Output:** eRx | |
| 01/17/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 01/17/24 | Change |
| **Dosage**: *- 20 MG, Capsule, Oral (1 [one]) Capsule Every Morning* | | | | | **End Date:** 02/14/2024 | |
| **Special Instructions:** *IDP* | | | | | **Output:** eRx | |
| 01/17/2024 | ***busPIRone*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 01/17/24 | Reorder |
| **Dosage**: *- 10 MG, Tablet, Oral (1 [one]) Tablet Three Times a Day* | | | | | **End Date:** 02/14/2024 | |
| **Special Instructions:** *IDP. No income. No health insurance.* | | | | | **Output:** eRx | |
| 01/17/2024 | ***FLUoxetine HCl*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 01/17/24 | Change |
| **Dosage**: *- 20 MG, Capsule, Oral (1 [one]) Capsule Every Morning* | | | | | **End Date:** 02/14/2024 | |
| **Special Instructions:** *IDP* | | | | | **Output:** eRx | |
| 12/14/2023 | ***busPIRone*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 12/14/23 | Reorder |
| **Dosage**: *- 10 MG, Tablet, Oral (1 [one]) Tablet Three Times a Day* | | | | | **End Date:** 01/17/2024 | |
| **Special Instructions:** *IDP. No income. No health insurance.* | | | | | **Output:** eRx | |
| 12/14/2023 | ***ZyPREXA*** | GENOA HEALTHCARE- Tamarac-2 | Marchand, Jean | 1 | 12/14/23 | Reorder |
| **Dosage**: *- 5 MG, Tablet, Oral (1 [one]) Tablet At Bedtime* | | | | | **End Date:** 01/17/2024 | |
| **Special Instructions:** *IDP. No income. No health insurance.* | | | | | **Output:** eRx | |
| 11/02/2023 | ***ZyPREXA*** | GENOA HEALTHCARE- Tamarac-2 | Shoukat, Mansoor | 0 | 11/02/23 | Change |
| **Dosage**: *- 5 MG, Tablet, Oral (1 [one]) Tablet At Bedtime* | | | | | **End Date:** 12/01/2023 | |
| **Special Instructions:** | | | | | **Output:** eRx | |
| 11/02/2023 | ***busPIRone*** | GENOA HEALTHCARE- Tamarac-2 | Shoukat, Mansoor | 0 | 11/02/23 | Change |
| **Dosage**: *- 10 MG, Tablet, Oral (1 [one]) Tablet Twice a Day, As Needed* | | | | | **End Date:** 12/01/2023 | |
| **Special Instructions:** | | | | | **Output:** eRx | |

CONFIDENTIAL

THE MEDICAL RECORDS THAT I HAVE ATTACHED TO PROVE I SUFFERED FROM SCHIZOPHRENIA AND THAT'S WHY I COULD NOT FILE THIS CASE WITH DUE DILLIGENCE

ARE IMCOMPLETE BECAUSE FLORIDA ONLY KEEP RECORDS GOING 10 YEARS BACK SO ANY PROOF I SUFFERD FROM SCHIZOPHRENIA IS NO LONGER AVAILIBLE SINCE 2016 IS NOT WHEN I BECAME DISABLED AND 2001 IS WHEN I DID START TO GET INCAPCITATED WITH SCHIZOPHRENIA THE COURT WILL HAVE TO TAKE MY WORD FOR IT.

TABLE OF CONTENTS

(1) FORMA PAUPERIS (2 PAGES)
(2) CIVIL COVER SHEET (2 PAGES)
(3) COMPLAINT
(4) LIST OF SONGS (1 PAGE)
(5) MEDICAL RECORDS (12 PAGES)
(6) LETTER EXPALINING WHY COMPLETE MEDICAL REOCRDS ARE NOT AVAILBLE (1PAGE)